IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 9:16-cv-81624-MARRA/MATTHEWMAN

RAQUEL ABRAMS-JACKSON,
    Plaintiff,

v.

Case Closed October 19, 2017
On Appeal November 20, 2017

ROBERT AVOSSA, et al.,
    Defendants.
_____/

Civil No. 9:16-cv-81612-MARRA/MATTHEWMAN

MALIK LEIGH, ESQ.
    Plaintiff,

v.

ROBERT AVOSSA, et al.;
    Defendants.
_____/

## 28 U.S.C. 144 DISQUALIFICATION AFFIDAVIT OF BIAS IN SUPPORT OF DISQUALIFICATION OF MAGISTRATE JUDGE WILLIAM MATTHEWMAN AND UNITED STATES DISTRICT COURT JUDGE KENNETH MARRA

AFFIDAVIT OF MALIK LEIGH, ESQUIRE
**28 U.S.C. §144**
Dated, December 5, 2017 28 U.S.C. 144

<u>AFFIANT</u>

I, MALIK LEIGH, Plaintiff in case no. 9:16-cv-81612, and Co-counsel to both 9:16-cv-81612 and the instant 9:16-cv-82624 being duly sworn and deposed states the following:

1. I am over 18 years of age and understand the obligation of this oath. I reside at 4933 Sable Pine Cir, West Palm Beach, FL 33417

2. I am a Plaintiff in 9:16-cv-81612 I make this affidavit in support of an Application to disqualify Magistrate Judge William Matthewman and District Court Judge Kenneth Marra.

3. In this matter, pursuant to 28 U.S.C. 455 both Magistrate Matthewman and Judge Marra, have shown extreme prejudice that should have resulted in their own purposeful recusal from the instant case 9:16-cv-81624 and 9:16-cv-81612.
4. At issue is the reason for granting opposing counsel's request for Order of Protection and the Court's biased, prejudicial, and often manufactured reasoning for doing so.
5. In multiple Orders, this Court has resorted to personal bias, prejudice, and personal animus to justify its reasons for granting Defendants' Motion for Protection.
6. In Granting its Order of Protection, the Court, misquoted or purposefully misstated Plaintiff's Counsel's testimony, ignored evidence to counter claims made by the Defendants, made personally disparaging statements about Plaintiff's Counsel, made false, unsubstantiated claims that the Plaintiff's Counsel committed an overt threat, constituting a misdemeanor or felony towards Opposing Counsel and the Defendants, and accused Plaintiffs' counsel of repeatedly violating rules when they had not.
7. It is apparent that regardless of any proposed area of fact that the Plaintiff's Counsel presents, this Court has determined that they (he) is not credible; even when presenting the Court with documents.
8. The Court has singled out a single Plaintiff's Counsel and associate unsubstantiated characteristics towards him in a personally bias and prejudicial manner.
9. Because of this, the Plaintiffs and Plaintiff's Counsel will be unable to receive adequate due process by either Judges.
10. Repeatedly, this Court has violated its requirement to self recuse itself upon realizing that it harboured extreme bias, or when it knew that it could not be able to perform without extreme bias and prejudice towards the Plaintiff, or her Counsel, in violation of 28 U.S.C. §455(a-b)(1).
11. This request is not made to disparage nor disrespect the Court, but to seek adequate and fair judicial review and consideration for the Plaintiffs and their Counsel. This will be impossible with this Current Court.
12. To prevent manifest injustice, and to preserve and promote faith, order, and respect in the Court, the Affiant swears that the referenced judges should be

disqualified and replaced by Judges that do not harbour these biases and prejudices.

13. This Affidavit is made truthfully and accompanies an accurate and complete Motion to Recuse with specific articulable facts why the before mentioned Judges should be disqualified in the instant case(s) as required by 28 U.S.C. §144.

In compliance with 28 U.S.C. 144 Affiant Leigh swears all the statements and averments in the attached 28 U.S.C. 455(a) Application of Disqualification of Magistrate Judge William Matthewman and District Court Judge Kenneth Marra and this 28 U.S.C. 144 Affidavit are the absolute truth I swear under penalty of perjury.

_____         28 U.S.C. 144 - Affiant
Malik Leigh, Esq.,
P.O. Box 221172
West Palm Beach, FL 33422
561.508.8555

State of Florida _County of Broward_ Subscribed and Sworn to me on this _5_ day of _December_ 2017.

_Julie A Dickinson_ Notary Public

JULIE A. DICKINSON
MY COMMISSION # FF 224611
EXPIRES: August 25, 2019
Bonded Thru Notary Public Underwriters